# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FLOYD HOPKINS, III,**

        Plaintiff,

      V.                           CASE NUMBER: **07-C-751**

**ENCOMPASS INSURANCE,
J. MICHAEL TACKETT, and
DONNA GADJA,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that this action is hereby DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute pursuant to Civil Local Rule 41.3 (E.D. Wis.).**

    **November 7, 2007**                                 **JON W. SANFILIPPO**
Date                                                            Clerk

                                                                     s/ Linda M. Zik
                                                                     (By) Deputy Clerk